UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAMON GARLAND,

    Plaintiff,
v.  Case No. 8:17-cv-971-T-33JSS

CREDIT ONE BANK, N.A.,

    Defendant.
                                /

**ORDER**

This matter is before the Court pursuant to the parties' Joint Stipulation Staying and Referring Case to Arbitration (Doc. # 4), which was filed on April 26, 2017. As stated in the Stipulation, the parties "agree this case is subject to arbitration pursuant to the Visa/Mastercard Agreement, Disclosure Statement and Arbitration Agreement . . . entered into by plaintiff and Credit One." (Id. at 1).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff shall submit his claims to binding arbitration, as required by the Arbitration Agreement.

(2) This case, including all case deadlines, is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution of the arbitration proceedings.

(3) The parties shall file a joint status report on **August 25, 2017,** to inform the Court of the status of the arbitration proceedings. Thereafter, the parties shall continue to file joint status reports with this Court every 90 days until the arbitration proceedings are completed.

(4) The parties are directed to inform the Court immediately upon the completion of the arbitration proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of April, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE