UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAMON GARLAND,

        Plaintiff,                        CASE NO. 8:17-CV-971-T-33JSS

vs.

CREDIT ONE BANK, N.A.,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, Damon Garland, hereby dismisses the above-captioned action with prejudice, each party to bear their own attorneys' fees and costs.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

        Respectfully submitted,

        /s/ *Jon Dubbeld*
        Jon P. Dubbeld, Esq.
        Fla. Bar No. 105869
        Berkowitz & Myer
        4900 Central Ave
        St. Petersburg, Florida 33707
        Telephone: (727) 344-0123
        Jon@berkmyer.com
        *Attorneys for Plaintiff*